CR 19 - 404

**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 05 2019 ★

BROOKLYN OFFICE

1. Title of Case: United States v. Sammy Engelsberg

2. Related Magistrate Docket Number(s): 18-M-66

3. Arrest Date: 1/23/2018

   BLOCK, J.

4. Nature of offense(s):  ☒ Felony
                          ☐ Misdemeanor

   ORENSTEIN, M.J.

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): United States v. Deonaraine, et al, 19-CR-73 (CBA)

6. Projected Length of Trial: Less than 6 weeks  ☒
                              More than 6 weeks  ☐

7. County in which crime was allegedly committed: ~~Kings~~, Queens, ~~Nassau, Manhattan~~
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]    ☐ Yes  ☒ No

9. Has this indictment/information been ordered sealed?    ☐ Yes  ☒ No

10. Have arrest warrants been ordered?    ☐ Yes  ☒ No

11. Is there a capital count included in the indictment?    ☐ Yes  ☒ No

By:  RICHARD P. DONOGHUE
     United States Attorney

     Erin E. Argo
     Assistant U.S. Attorney
     (718) 254-6049

---

[1] Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12